UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Jimmy Jones**                                               **Docket No. 7:05-CR-97-12FL**

<b>Petition for Action on Supervised Release</b>

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jimmy Jones, who, upon an earlier plea of guilty to Conspiracy to Distribute and to Possess With the Intent to Distribute More Than 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on April 17, 2007, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jimmy Jones was released from custody on August 23, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At sentencing, the defendant was ordered to pay a $100 special assessment and a $3,000 fine. At the time of his release, a total of $1,166 had been collected. Jones signed a payment agreement indicating he would make payments in the amount of $25 per month toward the remaining balance. Despite repeated discussions with the probation officer, Jones failed to make a payment. On May 4, 2015, Jones reported to the probation office to meet with his assigned officer and Senior U.S. Probation Officer Michael Brittain to discuss this matter. The defendant was reprimanded for his failure to comply. He was directed to begin making payments and to complete 10 hours of community service. He subsequently signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 10 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Julie Wise Rosa |
| Michael C. Brittain | Julie Wise Rosa |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8675 |
| | Executed On: May 15, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __19th__ day of __May__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge